1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   LUIS MIGUEL GARCIA-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 12-276-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **TO CONTINUE STATUS CONFERENCE** |
| v. ) | |
| ) | DATE: October 19, 2012 |
| LUIS MIGUEL GARCIA-CHAVEZ ) | TIME: 9:00 a.m. |
| and BERNARDO GONZALEZ, ) | JUDGE: Hon. Garland E. Burrell |
| ) | |
| Defendant. ) | |
| ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant LUIS MIGUEL GARCIA-CHAVEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender and defendant BERNARDO GONZALEZ, by and through his counsel, TONI CARBONE, that the status conference set for Friday, September 14, 2012 be continued to Friday, October 19, 2012 at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 19, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 11, 2012    Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /S/ Benjamin Galloway
                                              BENJAMIN GALLOWAY
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              LUIS MIGUEL GARCIA-CHAVEZ


                                              /s/ Toni Carbone
                                              TONI CARBONE
                                              Attorney for Defendant
                                              BERNARDO GONZALEZ


DATED: September 11, 2012    BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ Benjamin Galloway for
                                              JASON HITT
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff


**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny

counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, September 11, 2012, up to and including October 19, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the September 14, 2012, status conference shall be continued until October 19, 2012, at 9:00 a.m..

Dated: September 12, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge