```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700

 5

 6

 7              IN THE UNITED STATES DISTRICT COURT

 8             FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )   Case No. 2:12-cr-0276 TLN
                                 )
11             Plaintiff,        )   ORDER TO EXCLUDE TIME
                                 )
12       v.                      )
                                 )
13  LUIS MIGUEL GARCIA-CHAVEZ, et)
    al.,                         )
14                               )
                                 )
15             Defendants.       )
    _____)
16
```

17       On May 9, 2013, the Court held a status conference in this
18  case and ordered a further status conference to be held on June
19  6, 2013, at 9:30 a.m.  During the hearing, counsel for each
20  defendant agreed that a further status conference should be held
21  and that time should be excluded in the interim.  Based upon the
22  representations and stipulation of counsel, the Court ordered
23  that the time between May 9, 2013, and June 6, 2013, should be
24  excluded from the calculation of time under the Speedy Trial Act.
25  The  ends of justice are served by the Court excluding such time,
26  so that counsel for the defendant may have reasonable time
27  necessary for effective preparation, taking into account the
28  exercise of due diligence.   18 U.S.C. § 3161(h)(7)(B)(iv).

                                 1

Specifically, defendants anticipate continuing to review the discovery in this case, and conducting independent defense investigation into the facts and circumstances of any possible defenses. Time is necessary for the parties to proceed either with further discovery, litigation, or resolution of the case. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED: May 17, 2013

Troy L. Nunley
United States District Judge