| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone (916) 498-5700 |
| 5 | Attorney for Defendant |
| | LUIS MIGUEL GARCIA-CHAVEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-cr-276 TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE STATUS CONFERENCE AND** |
| v. | ) | **EXCLUDE TIME AS TO DEFENDANT** |
| | ) | **GARCIA-CHAVEZ ONLY** |
| LUIS MIGUEL GARCIA-CHAVEZ and | ) | |
| BERNARDO GONZALEZ, | ) | |
| | ) | DATE: September 5, 2013 |
| Defendants. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Hon. Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney; defendant LUIS MIGUEL GARCIA-CHAVEZ by and through his counsel, BENJAMIN GALLOWAY; and defendant BERNARDO GONZALEZ by and through his counsel, TONI CARBONE that the status conference set for Thursday, August 1, 2013 be continued to Thursday, September 5, 2013 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 5, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

| | | |
|---|---|---|
| DATED: | July 30, 2013 | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Benjamin Galloway*<br>BENJAMIN GALLOWAY<br>Assistant Federal Defender<br>Attorney for Defendant<br>LUIS MIGUEL GARCIA-CHAVEZ |
| DATED: | July 30, 2013 | */s/ Toni Carbone*<br>TONI CARBONE<br>Attorney for Defendant<br>BERNARDO GONZALEZ |
| DATED: | July 30, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | | */s/ Jason Hitt*<br>JASON HITT<br>Assistant United States Attorney<br>Attorney for Plaintiff |

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including September 5, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the August 1, 2013 status conference shall be continued until September 5, 2013, at 9:30 a.m.

DATED: July 31, 2013

Troy L. Nunley
United States District Judge

Stip/Order 2