HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
LUIS MIGUEL GARCIA-CHAVEZ

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTER DISTRCIT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> LUIS MIGUEL GARCIA-CHAVEZ and <br> BERNARDO GONZALEZ, <br> Defendants. | NO. 2:12-CR-0276-TLN <br><br> STIPULATION AND ORDER <br> TO CONTINUE STATUS CONFERENCE <br><br> DATE: October 3, 2013 <br> TIME: 9:30 AM <br> JUDGE: Hon. Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney; defendant LUIS MIGUEL GARCIA-CHAVEZ by and through his counsel, BENJAMIN GALLOWAY; and defendant BERNARDO GONZALEZ by and through his counsel, TONI CARBONE that the status conference set for Thursday, September 5, 2013 be continued to Thursday, October 3, 2013 at 9:30 a.m. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4).

Specifically, defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

-1-

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

Dated: September 3, 2013

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
LUIS MIGUEL GARCIA-CHAVEZ

Dated: September 3, 2013

*/s/ Toni Carbone*
TONI CARBONE
Attorney for Defendant
BERNARDO GONZALEZ

Dated: September 3, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including October 3, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and

(B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the September 5, 2013 status conference shall be continued until October 3, 2013, at 9:30 a.m.

IT IS SO ORDERED.

Dated: September 4, 2013

Troy L. Nunley
United States District Judge