TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
BERNARDO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LUIS MIGUEL GARCIA-CHAVEZ, and<br>BERNARDO GONZALEZ,<br><br>　　　　　　　　Defendants. | CASE NO. 2:12-CR-00276 TLN<br><br>**STIPULATION REGARDING<br>CONTINUANCE OF STATUS<br>CONFERENCE;<br>FINDINGS AND ORDER** |

　　　　Defendant, BERNARDO GONZALEZ, by and through his counsel of record, TONI CARBONE, and the GOVERNMENT hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for status on October 3, 2013.

　　　　LUIS MIGEL GARCIA-CHAVEZ, through his counsel, BENJAMIN GALLOWAY, and BERNARDO GONZALEZ, through his counsel, TONI CARBONE, and the GOVERNMENT are working to resolve the case. The matter needs additional time to resolve and, as such, the defendants through their counsel request that the status conference be continued. The GOVERNMENT has no objection.

　　　　2.　　By this stipulation, defendants now move to continue the status conference until October 31, 2013, at 9:30 a.m., and to exclude time between October 3, 2013 and October 31, 2013 under Local Code T4.  The GOVERNMENT does not oppose this request.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1

3. The parties agree and stipulate, and request that the Court find the following:

    a. The matters are closer to resolution. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. The GOVERNMENT does not object to the continuance.

    g. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 3, 2013 to October 31, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and Order for Continuance of Status Hearing and for Exclusion of Time

IT IS SO STIPULATED.

Dated: October 1, 2013                BENJAMIN B. WAGNER
                                      United States Attorney

                              By:     */s/ Toni Carbone for*
                                      JASON HITT
                                      Assistant U.S. Attorney

                                      For the United States

Dated: October 1, 2013        By:     */s/ Toni Carbone*
                                      TONI CARBONE

                                      For Defendant BERNARDO GONZALEZ

Dated: October 1, 2013        By:     */s/ Toni Carbone*
                                      BENJAMIN GALLOWAY

                                      For Defendant LUIS MIGUEL GARCIA-CHAVEZ


# **O R D E R**

IT IS SO FOUND AND ORDERED this 1st day of October, 2013.

_____
Troy L. Nunley
United States District Judge

3

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time