| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| 6 | LUIS MIGUEL GARCIA-CHAVEZ |

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTER DISTRCIT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:12-CR-0276 TLN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| LUIS MIGUEL GARCIA-CHAVEZ and | ) | TO CONTINUE STATUS CONFERENCE |
| BERNARDO GONZALEZ, | ) | |
| | ) | DATE: December 12, 2013 |
| Defendants. | ) | TIME: 9:30 AM |
| | ) | JUDGE: Hon. Troy L. Nunley |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney; defendant LUIS MIGUEL GARCIA-CHAVEZ by and through his counsel, BENJAMIN GALLOWAY; and defendant BERNARDO GONZALEZ by and through his counsel, TONI CARBONE that the status conference set for Thursday, October 31, 2013 be continued to Thursday, December 12, 2013 at 9:30 a.m. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4).

Specifically, defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

*U.S. v. Garcia-Chavez*
Stipulation and Order

-1-

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

| | |
|---|---|
| Dated: October 29, 2013 | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Benjamin Galloway*<br>BENJAMIN GALLOWAY<br>Assistant Federal Defender<br>Attorney for Defendant<br>LUIS MIGUEL GARCIA-CHAVEZ |
| Dated: October 29, 2013 | */s/ Toni Carbone*<br>TONI CARBONE<br>Attorney for Defendant<br>BERNARDO GONZALEZ |
| Dated: October 29, 2013 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Jason Hitt*<br>JASON HITT<br>Assistant United States Attorney<br>Attorney for Plaintiff |

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including December 12, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and

| | |
|---|---|
| 1 | (B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the |
| 2 | October 31, 2013 status conference shall be continued until December 12, 2013, at 9:30 a.m. |
| 3 | IT IS SO ORDERED. |
| 4 | Dated: October 29, 2013 |

Troy L. Nunley
United States District Judge