1  TONI H. CARBONE (SBN 210119)
   ATTORNEY AT LAW
2  11930 Heritage Oak Place, Suite 6
   Auburn, CA  95603
3  Telephone:  (530) 885-6244
   Facsimile:   (530) 885-8245
4

5  Attorney for Defendant
   BERNARDO GONZALEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           CASE NO. 2:12-CR-00276 TLN

12              Plaintiff,              **STIPULATION REGARDING
                                        CONTINUANCE OF STATUS**
13  v.                                  **CONFERENCE; FINDINGS AND
                                        ORDER**
14  LUIS MIGUEL GARCIA-CHAVEZ, and
    BERNARDO GONZALEZ,
15
                Defendants.
16

17
         Defendant, BERNARDO GONZALEZ, by and through his counsel of record, TONI
18
    CARBONE, LUIS MIGUEL GARCIA-CHAVEZ, by and through his counsel BENJAMIN
19
    GALLOWAY, and the GOVERNMENT hereby stipulate as follows:
20
         1.    By previous order, this matter was set for status on December 12, 2013.
21
         LUIS MIGEL GARCIA-CHAVEZ, through his counsel, BENJAMIN GALLOWAY, and
22
    BERNARDO GONZALEZ, through his counsel, TONI CARBONE, and the GOVERNMENT are
23
    working to resolve the case. The matter needs additional time to resolve and, as such, the defendants
24
    through their counsel request that the status conference be continued. The GOVERNMENT has no
25
    objection.
26

27

28

2.      By this stipulation, defendants now move to continue the status conference until January 23, 2014, and to exclude time between December 12, 2013 and January 23, 2014 under Local Code T4.  The GOVERNMENT does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      The matters are closer to resolution. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.      The GOVERNMENT does not object to the continuance.

g.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 12, 2013 to January 23, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

IT IS SO STIPULATED.

Dated: December 10, 2013     BENJAMIN B. WAGNER
               United States Attorney

           By:  */s/ Toni Carbone for*
               JASON HITT
               Assistant U.S. Attorney

               For the United States

Dated: December 10, 2013     By:  */s/ Toni Carbone*
               TONI CARBONE

               For Defendant BERNARDO GONZALEZ

Dated: December 10, 2013     By:  */s/ Toni Carbone*
               BENJAMIN GALLOWAY

               For Defendant LUIS MIGUEL GARCIA-
               CHAVEZ

# **O R D E R**

IT IS SO FOUND AND ORDERED this 11th day of December, 2013.

Troy L. Nunley
United States District Judge